IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                        PLAINTIFF

v.                                        NO: 4:18-CV-04033-SOH

MARKEL AMERICAN INSURANCE COMPANY                                          DEFENDANT

## JOINT STIPULATION OF FACTS

Plaintiff Jimmy L. Brown ("Brown") and Defendant Markel American Insurance Company ("MAIC") stipulate as follows:

1. Brown and MAIC entered into a certain insurance policy numbered MMT00000266917 which was in effect from June 26, 2014 to June 26, 2015.

2. The parties attach to this Joint Stipulation the following exhibits:

    a. Joint Exhibit A – Certified copy of declarations page and policy for 2014 and 2015 and lapse notice dated July 1, 2015;

    b. Joint Exhibit B – Rejection of Personal Injury Protection Coverages Arkansas signed by Brown dated July 29, 2014;

    c. Joint Exhibit C – Uninsured Motorists Coverage Arkansas Selection/Rejection Form signed by Brown dated July 29, 2014;

    d. Joint Exhibit D – Letter from MAIC to Brown's attorney dated August 2, 2017 (RE: denial of underinsured coverage); and

    e. Joint Exhibit E – Letter from MAIC to Brown's attorney dated August 10, 2017 (RE: authority to settle with liability tortfeasor reserving right to dispute underinsured coverage).

3. The parties stipulate to the admissibility of these attached Joint Exhibits and ask the Court to admit them into evidence for the Court's consideration.

4. Brown was in a motorcycle wreck on or about September 21, 2014.

5. Upon Brown's request, MAIC issued a letter giving Brown the ability to settle pursuant to Ark. Code Ann. § 23-89-209(c) and reserving MAIC's right to dispute the applicability of underinsured coverage.

>QUATTLEBAUM, GROOMS & TULL PLLC
>111 Center Street, Suite 1900
>Little Rock, AR  72201
>Telephone: (501) 379-1700
>Facsimile: (501) 379-1701
>cchiles@qgtlaw.com
>jfalasco@qgtlaw.com
>sdeloach@qgtlaw.com
>
>By: /s/ Sarah E. DeLoach
>    E. B. Chiles IV (96179)
>    Joseph R. Falasco (2002163)
>    Sarah E. DeLoach (2015235)
>
>*Attorneys for Markel American Insurance Company*
>
>and
>
>MONTGOMERY LAW FIRM, PLLC
>Wm. Blake Montgomery
>Jim A. Burke
>200 S. Elm
>P.O. Box 785
>Hope, Arkansas  71802
>Telephone: (870) 777-6700
>Facsimile: (870) 777-6703
>blake@bmontgomerylaw.com
>jim@bmontgomerylaw.com
>
>By: /s/ Wm. Blake Montgomery (with permission)
>    Wm. Blake Montgomery (2015043)
>    Jim A. Burke (2017185)
>
>*Attorneys for Jimmy L. Brown*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Wm. Blake Montgomery
blake@bmontgomerylaw.com

Jim A. Burke
jim@bmontgomerylaw.com

*Attorneys for Plaintiff*

                                              /s/ Sarah E. DeLoach
                                              Sarah E. DeLoach