IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                          PLAINTIFFS

v.                            CASE NO. 4:18-CV-04033-SOH

MARKEL AMERICAN INSURANCE COMPANY                                            DEFENDANTS

## NOTICE OF APPEARANCE

Lindsey C. Pesek of Quattlebaum, Grooms & Tull PLLC hereby enters her appearance on behalf of Markel American Insurance Company and certifies that she is admitted to practice in this Court.

>QUATTLEBAUM, GROOMS & TULL PLLC
>4100 Corporate Center Drive, Suite 310
>Springdale, Arkansas 72762
>Telephone:  479-444-5200
>Facsimile:   479-444-6647
>lpesek@qgtlaw.com
>
>
>By: /s/ Lindsey C. Pesek
>     Lindsey C. Pesek (2009209)
>
>*Attorneys for Markel American Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Jim A. Burke
jim@bmontgomerylaw.com

William Blake Montgomery
blake@bmontgomerylaw.com

*Attorneys for Plaintiff*

                                                  /s/ Lindsey C. Pesek
                                                  Lindsey C. Pesek