IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMY L. BROWN                                                                                    PLAINTIFF

v.                                          Case No. 4:18-cv-04033

MARKEL AMERICAN INSURANCE COMPANY                                          DEFENDANT

## **ORDER**

    Before the Court is a Motion to Withdraw filed by Jim A. Burke. ECF No. 32. Mr. Burke serves as counsel of record for Plaintiff along with attorney Blake Montgomery. Mr. Burke informs the Court that he is leaving the employment of Montgomery and Burke, Attorneys at Law, and will have no further involvement in this case. Mr. Burke further states that Mr. Montgomery will continue representing Plaintiff. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Jim A. Burke is hereby relieved as counsel of record for Plaintiff. The Clerk of Court is directed to remove Mr. Burke from the CM/ECF notification system for this case.

    **IT IS SO ORDERED**, this 25th day of June, 2019.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge